UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Damon Krummel,

               Plaintiff,        Case No. 13-cv-13537
                                     Hon. Judith E. Levy
v.                                    Mag. Judge Michael Hluchaniuk

Commissioner of Social Security,

               Defendant.

_____/

**ORDER ADOPTING**
**THE REPORT AND RECOMMENDATION [11]**
**ON THE CROSS-MOTIONS FOR SUMMARY JUDGMENT [9, 10]**

     This is a Social Security appeal.  Before the Court is Magistrate Judge Hluchaniuk's Report and Recommendation (Dkt. 11) recommending the Court deny plaintiff's motion for summary judgment (Dkt. 9) and grant defendant's motion for summary judgment, issued May 6, 2014.  The parties were required to file specific written objections within 14 days of service.  Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d).  No objections were filed.  Accordingly, and on review of the Report and Recommendation,

1

The Report and Recommendation is ADOPTED;

Plaintiff's motion for summary judgment (Dkt. 9) is DENIED;

Defendant's motion for summary judgment (Dkt. 10) is GRANTED; and

The case is DISMISSED.[1]

IT IS SO ORDERED.

Dated: August 25, 2014                s/Judith E. Levy
   Ann Arbor, Michigan            JUDITH E. LEVY
                                          United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 25, 2014.

                                          s/Felicia M. Moses
                                          FELICIA M. MOSES
                                          Case Manager

---

[1] The parties, by failing to object to the Report and Recommendation, have waived any further right of appeal. *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).